UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SARAH A. AHLGREN,<br><br>　　　　　　　Defendant. | NO. MJ12-266<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　　Counts 1-4:　　Health Care Fraud, in violation of 18 U.S.C. § 1347

　　　Count 5:　　　Obtaining a Controlled Substance By Fraud, in violation of 21 U.S.C. § 843(a)(3)

<u>Date of Detention Hearing</u>: May 23, 2012.

　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　　1.　　Defendant has stipulated to detention, but reserves the right to contest her continued detention if there is a change in circumstances.

　　　2.　　There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of May, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge